TORRINGTON CO., PLAINTIFF, AND FEDERAL-MOGUL CORP., PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND SKF USA INC., SKF FRANCE S.A., SKF GMBH, SKF INDUSTRIE, S.P.A., SKF (U.K.) LTD., SKF SVERIGE AB, RHP BEARINGS, RHP BEARINGS INC., KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., GMN GEORG MULLER NURNBERG AG, NSK LTD., NSK CORP., NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP., NTN CORP., NTN KUGELLAGERFABRIK (DEUTSCHLAND) GMBH, NMB THAI LTD., PELMEC INDUSTRIES LTD., NMB CORP., FAG KUGELFISCHER GEORG SCHÄFER KGAA, FAG CUSCINETTI S.P.A., FAG (UK) LTD., BARDEN CORP. (UK) LTD., FAG BEARINGS CORP., BARDEN CORP., PEER BEARING CO., INA WALZLAGER SCHAEFFLER KG, AND INA BEARING CO., INC., DEFENDANT-INTERVENORS

Consolidated Court No. 92–07–00483

(Dated October 25, 1996)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Results of Redetermination Pursuant to Court Remand, *Torrington Co. v. United States*, 20 CIT 632, 926 F. Supp. 1151 (1996) ("Remand Results"), and Commerce having complied with the Court's Remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on July 1, 1996 are affirmed in their entirety; and it is further

ORDERED that, as all other issues have been decided, this case is dismissed.